# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ALISA SPENCER, on behalf of herself and others similarly situated,** ) ) ) | Case No. 1:21-cv-01698-CAB |
| ) | Judge Christopher A. Boyko |
| Plaintiff, ) ) | |
| v. ) ) | **JOINT MOTION TO STAY PENDING MEDIATION** |
| **DMD MANAGEMENT, INC. d/b/a LEGACY HEALTH SERVICES, et al.,** ) ) ) | |
| Defendants. ) | |

Representative Plaintiff Alisa Spencer and Defendants jointly move the Court to stay this case pending mediation. The Parties have agreed to engage in mediation with a private mediator. The Parties are working with the private mediator to obtain mediation dates and anticipate that the mediation will take place before October 31, 2022.

Accordingly, the Parties respectfully request that the Court stay all deadlines in this case until November 14, 2022. The Parties will file a Status Report with the Court no later than November 16, 2022.

Respectfully Submitted,

| **NILGES DRAHER LLC** | **REMINGER CO., LPA** |
|---|---|
| */s/ Shannon M. Draher* | /s/ Andrew Dorman (with permission) |
| Shannon M. Draher (0074304) | Patrick Kasson (0055570) |
| 7034 Braucher St NW, Suite B | Andrew Dorman (0063410) |
| North Canton, OH 44720 | Katie Lynn Zorc (0092714) |
| Telephone:  (330) 470-4428 | 101 West Prospect Avenue, Suite 1400 |
| Facsimile:  (330) 754-1430 | Cleveland, OH 44115 |
| Email:  sdraher@ohlaborlaw.com | Telephone:  (216) 430-2169 |
| | Facsimile:  (216) 687-1841 |
| | Email:  pkasson@reminger.com |
| | adorman@reminger.com |
| | kzorc@reminger.com |
| | *Counsel for Defendants* |

Robi J. Baishnab (0086195)
1360 E. 9th Street, Suite 808
Cleveland, OH 44114
Telephone: (216) 230-2955
Facsimile: (330) 754-1430
Email: rbaishnab@ohlaborlaw.com

*Counsel for Representative Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 21, 2022, the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Shannon M. Draher*
        Shannon M. Draher (0074304)

        *Counsel for Representative Plaintiff*